1  Ryan Lee (SBN: 024846)
Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
3  Tel: 323-988-2400 x241
Fax: 866-583-3695
4  rlee@consumerlawcenter.com
Attorneys for Plaintiff,
5  Gary Cooper

6                    **UNITED STATES DISTRICT COURT,**
                       **DISTRICT OF ARIZONA**
7

8  Gary Cooper,                          )   **Case No.:**
                                          )
9            Plaintiff,                    )   **COMPLAINT AND DEMAND FOR**
                                          )   **JURY TRIAL**
10      v.                                )
                                          )   **(Unlawful Debt Collection Practices)**
11  Pinnacle Financial Group,             )
                                          )
12           Defendant.                    )
                                          )

13

14                    **PLAINTIFF'S COMPLAINT**

15       Gary Cooper (Plaintiff), through his attorneys, Krohn & Moss, Ltd., alleges the

16  following against Pinnacle Financial Group (Defendant):

17                         **INTRODUCTION**

18  1.  Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15*

19      *U.S.C. 1692 et seq.* (FDCPA).

20                    **JURISDICTION AND VENUE**

21  2.  Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such

22      actions may be brought and heard before "any appropriate United States district court

23      without regard to the amount in controversy."

24  3.  Defendant conducts business in the state of Arizona, and therefore, personal jurisdiction

25      is established.

    4.  Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

**PARTIES**

5.   Plaintiff is a natural person residing in Tuscon, Pima County, Arizona.

6.   Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*.

7.   Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)*, and sought to collect a consumer debt from Plaintiff.

8.   Defendant is a collection agency located in Escondido, California, and conducts business in Arizona.

9.   Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

**FACTUAL ALLEGATIONS**

10. Defendant is collecting from Plaintiff for a debt owed to Potomac College in the amount of approximately $3,000.00.

11. Beginning around January of 2010, Defendant has placed collection calls to Plaintiff at least ten (10) times per month.

12. On August 24, 2010, Defendant placed a collection call to Plaintiff two times within five minutes.

13. Plaintiff spoke to a representative on each call.

14. Defendant's representative informed Plaintiff that he needed to learn how to pay his f***ing bills" or he should not have "f***ing taken out the loan" if he could not pay.

15. Plaintiff called Defendant immediately after this call and spoke with a supervisor.

16. Plaintiff told Defendant nearly each time that he has spoken with them that he is not able to pay.

PLAINTIFF'S COMPLAINT

17. Defendant has responded by stating it will call Plaintiff back in 60 days, yet continues to call Plaintiff.

**COUNT I**
**DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT**

18. Defendant violated the FDCPA based on the following:

    a.  Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of this is to harass, abuse, and oppress the Plaintiff.

    b.  Defendant violated *§1692d(2)* of the FDCPA by using abusive language in an attempt to collect the alleged debt.

    c.  Defendant violated *§1692d(5)* of the FDCPA when Defendant caused Plaintiff's telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

WHEREFORE, Plaintiff, Gary Cooper, respectfully requests judgment be entered against Defendant, Pinnacle Financial Group, for the following:

19. Statutory damages of $1000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

20. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

21. Any other relief that this Honorable Court deems appropriate.

**<u>DEMAND FOR JURY TRIAL</u>**

Plaintiff, Gary Cooper, demands a jury trial in this cause of action.

PLAINTIFF'S COMPLAINT

1

RESPECTFULLY SUBMITTED,

2          DATED:  September 27, 2010            KROHN & MOSS, LTD.

3

4                                              By: /s/ Ryan Lee

5                                                  Ryan Lee
                                                   Attorney for Plaintiff
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

PLAINTIFF'S COMPLAINT

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF ARIZONA

Plaintiff, GARY COOPER, states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, GARY COOPER, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: 9/24/00            _Gary Cooper_
                                     GARY COOPER

PLAINTIFF'S COMPLAINT