Ryan Lee (SBN: 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-583-3695
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
Gary Cooper

**UNITED STATES DISTRICT COURT,
DISTRICT OF ARIZONA**

| | |
|---|---|
| Gary Cooper, | Case No.: 4:10-cv-00581-GEE |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| Pinnacle Financial Group, | |
| Defendant. | |

NOW COMES the Plaintiff, Gary Cooper, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

DATED: October 21, 2010    KROHN & MOSS, LTD.


By: /s/ Ryan Lee          _

Ryan Lee
Attorney for Plaintiff

- 1 -

Notice of Settlement

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25